IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| L. C. Brown, Jr. | ) | C/A No.: 4:12-cv-01745-TLW |
| Petitioner, | ) | |
| vs. | ) | |
| Warden McCabe, | ) | |
| Respondent. | ) | |

# ORDER

On June 27, 2012, the Petitioner, L. C. Brown, Jr. ("Petitioner"), filed this §2241 Petition for a Writ of Habeas Corpus. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. # 17). In the Report, the Magistrate Judge recommends that Petitioner's Petition for a Writ of Habeas Corpus be dismissed *without prejudice* and without requiring a response by the Respondent. (Doc. # 17). Objections were due by October 15, 2012. Petitioner has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. # 17) is **ACCEPTED**, and Petitioner's Petition for a Writ of Habeas Corpus (Doc. # 1) is **DISMISSED** without prejudice and without requiring a response by the Respondent.

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

October 30, 2012
Florence, South Carolina